BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SCHROEDER and ARCELIA SCHROEDER,<br><br>        Plaintiff,<br><br>vs.<br><br>PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION), et al.,<br><br>        Defendants. | No. 3:15-cv-02930-HSG<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT KELLY-MOORE PAINT COMPANY, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant KELLY-MOORE PAINT COMPANY, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 7/10/2015      By: _/s/ Haywood S. Gilliam, Jr._
                          Haywood S. Gilliam, Jr.
                          United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT KELLY-MOORE PAINT COMPANY, INC.