UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER SCHROEDER, et al.,

    Plaintiffs,

  v.

PUGET SOUND COMMERCE CENTER, INC., et al.,

    Defendants.

Case No. 15-cv-02930-HSG

**ORDER**

On July 2, 2015 the parties filed a notice of settlement "to notify the Court that the lawsuit has been settled, and to request 45 days in which to file the dismissal." Dkt. No. 14. The Court interpreted this notice to mean that the entire case has settled—*i.e.*, all parties and all claims. However, on July 8, the parties stipulated to the dismissal of a single Defendant, which the Court granted. Dkt. No. 16. And on July 17, the parties stipulated to the dismissal of "all allegations . . . related to exposure to asbestos on or after December 5, 1980, as to Defendant PUGET SOUND COMMERCE CENTER, INC." Dkt. No. 18.

It is unclear to the Court why the dismissal of this case is occurring piecemeal. If the parties have settled the entire case, as indicated in the July 2 notice, the parties should file a single stipulated dismissal before the 45-day deadline. If all of the parties have not settled all of the claims of the case, the parties must so inform the Court. Accordingly, the Court orders the parties to file by July 24, 2015, a brief statement summarizing the status of the case and their plans for dismissal.

**IT IS SO ORDERED.**

Dated: July 20, 2015

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge