ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ.,S.B. #154436
KIMBERLY J. CHU, ESQ., S.B. #206817
Email: kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER SCHROEDER and ARCELIA SCHROEDER, <br><br> Plaintiff, <br><br> vs. <br><br> PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION), et al., <br><br> Defendants. | No. 3:15-cv-02930-HSG <br><br> ORDER GRANTING STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT |

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs case against removing defendant PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION) has resolved and this case is REMANDED to the Superior Court of California, County of Alameda, Case. No. RG14746561.  The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of Alameda.

Dated: 8/10/2015

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT